UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLY A. RUDDELL,<br><br>                          Plaintiff,<br><br>     v.<br><br>CAROLINE W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                          Defendant. | Case No. 13-5350 RBL-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion to dismiss. (ECF 15). After reviewing the parties' stipulated motion, the undersigned recommends that the Court grant the parties' motion and that the above-captioned case be dismissed with prejudice pursuant to Fed. R. Civ. P. 25(a), because Plaintiff has died and the parties agree that there is no person who may substitute on her Title XVI claim for Supplemental Security Income benefits.

REPORT AND RECOMMENDATION - 1

1  Given the fact of the parties' stipulation, the Court recommends that the District Judge
2  immediately approve this Report and Recommendation and order the case dismissed with
3  prejudice.  A proposed order accompanies this Report and Recommendation.

DATED this 23rd day of August, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2