UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIMBERLY A. RUDDELL,

                 Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                 Defendant.

Case No. 13-5350 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #16] recommending that this case be dismissed with prejudice, based on the stipulation of the parties [ECF #15]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Plaintiff's cause of action is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 25 (a) and

(3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 26th day of August, 2013.

                                                                                                                    /s/ Ronald B. Leighton

                                           RONALD B. LEIGHTON
                                           UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1